**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

ANDREW N. YAO,

      Petitioner,

      v.

UNITED STATES OF AMERICA,

      Respondent.

:
:
:
:
:
:
:
:
:
:

**CRIMINAL ACTION NO. 07-301**

**CIVIL ACTION NO. 10-3145**

## ORDER

      **AND NOW**, this _____ day of October, 2011, upon consideration of Petitioner's Motion to Vacate, Set Aside, Correct Sentence (Doc. 89), Respondent's Motion to Dismiss 2255 Petition for Failure to State a Claim Upon Which Relief Can Be Granted Due to Untimeliness Under the AEDPA (Doc. 91), Petitioner's Response in Opposition to the Motion to Dismiss (Doc. 94); Respondent's Reply to the Response (Doc. 95), and Petitioner's Sur-reply to Respondent's Reply (Doc. 97), **IT IS HEREBY ORDERED AND DECREED** that Respondent's Motion to Dismiss is **GRANTED** and Petitioner's Motion to Vacate, Set Aside, Correct Sentence is **DISMISSED WITH PREJUDICE**.

      **IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

                           **BY THE COURT:**

                           **/s/ Petrese B. Tucker**

                           _____

                           **Hon. Petrese B. Tucker, U.S.D.J.**